DYKMAN ODELL, Respondent, *v.* ISAAC BUCKHOUT, Executor, etc., Appellant

(Submitted March 7, 1889; decided March 26, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 14, 1886, which affirmed a judgment in favor of plaintiff, entered upon a decision of the court on trial without a jury.

*L. C. & W. P. Platt* for appellant.

*Thomas Nelson* for respondent.

Agree to affirm; no opinion.

All concur.
Judgment affirmed.

---

STEPHEN V. HARKNESS, Appellant, *v.* THE NEW YORK ELEVATED RAILROAD COMPANY et al., Respondents.

(Argued March 8, 1889; decided March 26, 1889.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made November 21, 1887, which affirmed a judgment in favor of defendant, entered upon a decision of the court on trial at Special Term.

*William H. Arnoux* and *C. P. Cowles* for appellant.

*Julien T. Davies* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.